UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAROLD A. HARTFORD.

    Defendant.

Case No. MJ08-352

DETENTION ORDER

Offense charged:

Driving under the influence of alcohol and driving with a suspended license.

Date of Detention Hearing: August 1, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by information filed in the United States District Court for the Southern District of Georgia with driving under the influence of alcohol and driving with a suspended license. He was arrested pursuant to a warrant issued in that case. Defendant has had numerous contacts with law enforcement since 1995 including convictions for domestic battering,

DETENTION ORDER -1

terroristic threatening, driving under the influence of alcohol, possession of controlled Substances, failing to appear and assault.

(2) Defendant has limited ties to this district. His counsel indicated defendant has lived in Seattle for five months and is employed. However, defendant did not provide any details as to where he resided or where he was employed. Additionally, other than indicating he had relatives he could stay with in Georgia, defendant offered no other information about where he would live in that state.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 1st day of August, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge